IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 99-101 |
| | ) | **\*UNDER SEAL\*** |
| KENNETH HIGGENBOTHAM | ) | |

### ORDER OF COURT

AND NOW, to wit, this __9__ day of __May__, 2008 it is hereby ORDERED, ADJUDGED AND DECREED that the Defendant's Unopposed Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) is sealed, and that it shall remain sealed until further Order of the Court.

_____
Gary L. Lancaster
United States District Judge

cc: counsel of record